# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>**WILTON EUGENE TONEY**<br>**DENITA ANN LOVE, aka Denita Ann Solitaire**<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No.  3:18-mj-00013-DMS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2 and 13, 2018__ in the county of _____ in the _____ District of __Alaska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. SECTION 846, 841(a)(1) and (b)(1)(A) | 21 U.S.C. §846, 841(a)(1) and (b)(1)(A); CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE 500 GRAMS OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF METHAMPHETAMINE AND 1 KILOGRAM OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF HEROIN. |

This criminal complaint is based on these facts:

SET FORTH IN THE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Signature Redacted

*Complainant's signature*

MICHAEL LATHROP, SA DEA
*Printed name and title*

Sworn to before me and signed in my presence.

/S/ DEBORAH M. SMITH
CHIEF U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

Date: 01/16/2018

*Judge's signature*

City and state: ANCHORAGE, ALASKA

DEBORAH M. SMITH USMJ
*Printed name and title*